| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor | FREEDONIA BREWING COMPANY LTD.  EIN: 45–4622803 | |
| | Name | |
| United States Bankruptcy Court  District of Colorado | | Date case filed for chapter:  7  11/16/23 |
| Case number:  23–15323–CDP | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

***The staff of the bankruptcy clerk's office cannot give legal advice.***

***Do not file this notice with any proof of claim or other filing in the case.***

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | FREEDONIA BREWING COMPANY LTD. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 321 Park St.<br>Fort Collins, CO 80521 | |
| 4. | **Debtor's attorney**<br>Name and address | Payton Buhler<br>Bell, Gould, Linder, & Scott, P.C.<br>318 East Oak St.<br>Fort Collins, CO 80524 | Contact phone 970–493–8999<br>Email pbuhler@bell–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joli A. Lofstedt<br>Joli A. Lofstedt, Trustee<br>PO Box 270561<br>Louisville, CO 80027 | Contact phone 303–476–6916<br>Email joli@jaltrustee.com |
| | | The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U,S, Trustee in writing of any rejections within seven days after receipt of notice of selection. | |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone 720–904–7300<br><br>Date: 11/17/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 15, 2023 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 720–287–7348, Enter Meeting ID 865 151 6088, Passcode 0187215518**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

| | | |
|---|---|---|
| 8. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. |
| | Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#770 b309c_7bna** page **1**